IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Ming Wei,                              :
                    Petitioner         :
                                       :
          v.                           :
                                       :
State Civil Service Commission         :
(Department of Health),                :
                    Respondent         :        No. 263 C.D. 2015

**O R D E R**

NOW, October 30, 2015, having considered petitioner's application for reconsideration and respondent's response in opposition thereto, the application is denied.

_____
DAN PELLEGRINI,
President Judge